UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NED CHARTERING & TRADING, INC.<br><br>Plaintiff,<br><br>- v. -<br><br>REPUBLIC OF PAKISTAN, et al.<br><br>Defendants. | Civil Action No. 98-02626<br>(RCL)<br><br>FILED<br>MAR 21 2000<br>Clerk, U.S. District Court<br>District of Columbia |

~~PROPOSED~~ ORDER

UPON CONSIDERATION of plaintiff's Motion [#11] to Strike Defendants' Third Party Complaint or to Sever Action for Separate Trial, the Memorandum of Points and Authorities in support thereof, and the entire record herein; and

WHEREAS plaintiff has shown just cause why the Third Party Complaint filed by defendants in the above captioned matter against Amjad Imam and Horsebridge Enterprises should be stricken; it is

HEREBY ORDERED on this 21st day of ~~August, 1999~~ March 2000, that the Third Party Complaint shall be dismissed without prejudice and stricken from the record in these proceedings. The motion to sever is therefore denied as moot.

_____
Royce C. Lamberth
United States District Court