UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NED CHARTERING & TRADING, INC. | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) Civil Action No. 98-2626(RCL) |
| REPUBLIC OF PAKISTAN, et al. | ) |
|  | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |

ORDER / JUDGMENT

Upon consideration of the motion for summary judgment on count one of the complaint filed by the plaintiff, Ned Chartering & Trading, Inc., the memorandum of points and authorities in support thereof, the opposition filed by the defendants, the plaintiff's reply, the relevant law, and the entire record herein and for the reasons set forth in the accompanying memorandum opinion it is hereby:

**ORDERED** that defendants' motion for an oral hearing is **DENIED**; and it is

**FURTHER ORDERED** that the plaintiff's motion for summary judgment with respect to count one of the complaint is **GRANTED**, and it is

**FURTHER ORDERED**, that defendants' motion for additional discovery is **DENIED**, as moot, and it is

**FURTHER ORDERED**, that summary judgment shall be entered

33

against the defendants, Republic of Pakistan and its Ministry of Food and Agriculture, in the amount of $268,000.00 plus interest thereon at the judgment rate from the date judgment is finally entered in this case.

As to attorneys' fees and costs the court will follow the procedure outlined in Local Civil Rule 54.2.

Within 10 days of this date, plaintiff shall notify the Court whether and how it expects to proceed on the remaining counts in the complaint.

**SO ORDERED**.

_____
Royce C. Lamberth
United States District Judge

DATE: 12-4-00